734 A.2d 1281

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Stephen Andrew TANNER, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Marshall J. Piccinini, Erie, Robert A. Graci, Harrisburg, for Com.

Joseph P. Burt, James A. Pitonyak, Erie, for Stephen Andrew Tanner.

Karl Baker, Philadelphia, Gary Neil Asteak, Easton, for Amicus-Public Defenders Ass'n.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated May 27, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.